**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re:  CASE NO.: 9:09-bk-04294-ALP
  CHAPTER 7
MICHAEL MCVAY a/k/a
MICHAEL SEAN MCVAY

    Debtor.
_____/

**CREDITOR ORION BANK'S OBJECTION TO**
**PROPERTY CLAIMED AS EXEMPT**

Creditor Orion Bank ("Orion") files this Objection to Debtor's Claimed Exemptions, and states as follows:

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on March 10, 2009.

2. Orion objects to the exemption of the Debtor's interest in the real property located at 11104 Sparkleberry Drive, Fort Myers, Florida to the extent that the size of the property exceeds the maximum homestead exemption conferred by law.

3. Orion objects to the exemption of the household good and furnishings, furs and jewelry and automobile(s)/vehicle(s) to the extent that same is not protected by F.S. §222 or (as claimed) 11 USC §522(b)(3)(B) and/or the Florida Constitution.

4. Orion is filing this objection in an abundance of caution until it completes discovery with respect to the Debtor's assets.

WHEREFORE, Orion Bank respectfully requests this Court enter an order sustaining its objections to the exemptions claimed by the Debtor and granting such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 22nd day of May, 2009, in the manner indicated to the parties listed below.

        FRIEDMAN & FROST, PL.
        *Attorneys for Orion Bank*
        Mellon Financial Center
        1111 Brickell Avenue
        Suite 2050
        Miami, Florida 33131
        305.377.4100
        305.377.4103 (fax)

        By: */s/ Paul D. Friedman*
            Paul D. Friedman
            Fla. Bar no.: 266493
            Email: paul@friedmanfrost.com

By Notice of Electronic Filing:
  To all persons/parties/counsel so listed in this proceeding
David Lampley, Esq., (also via U.S. Mail)
United States Trustee (also via U.S. Mail)
Diane L. Jensen, Trustee, (also via U.S. Mail)