IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In the Matter of:

MICHAEL MCVAY

CASE No. 9-09-bk-04294-ALP
Chapter 7

_____ Debtor(s)/

## AMENDED TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

**The objection does NOT deal solely with valuation under Florida Law.**
The Trustee, DIANE L. JENSEN, hereby objects to the claim of exempt property consisting of:
  All property listed on Schedule C filed by the Debtor except the real estate and IRAs
for the following reason:

1. There are joint debts with the wife. Accordingly, the Trustee should be entitled to administer the assets claimed as exempt under 11 U.S.C. §522(b)(2)(B) to the extent of any joint creditors.

2. Trustee questions the value of the Debtor's personal property and will arrange an appraisal thereof to determine the exact amount of the overage since the Trustee asserts that the Debtor exceeds his entitlement to a claim of exemption under Article X, Section 4.

3. The Debtor is not entitled to claim the Honda Odyssey as exempt since it is titled "husband or wife". Accordingly, the Debtor's half interest in said vehicle is subject to administration by the Trustee and is not a tenancy by the entireties asset.

Trustee requests that a hearing be scheduled on the within objection under the provisions of Rule 4005 of the Bankruptcy Rules, and that the Clerk of the Court give notice of such hearing to all parties of interest. Trustee believes 10 minutes will be needed for the hearing.

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U. S. Mail on the following:
**CYNTHIA P. BURNETTE, Ass't U.S. Trustee**, **MICHAEL MCVAY,** 11104 Sparkleberry Drive , Fort Myers, FL 33913, and **DAVID LAMPLEY,** 1436 Royal Palm Square Boulevard, Fort Myers, FL 33919, on this June 17, 2009.

/s/ Diane L. Jensen_____
Diane L. Jensen, Trustee
P. O. Drawer 1507
Fort Myers, FL 33902
(239) 339-2293
(239) 332-2243 - fax

F:\WPDATA\SUE\WORDDOCS\OBJEXEMP\McVay.Michael.DOC