IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In the Matter of:

    CASE No. 9-09-bk-04294-ALP

MICHAEL MCVAY     Chapter 7

Debtor(s)/

## MOTION FOR RULE 2004 EXAMINATION

Comes now Diane L. Jensen, as Trustee in Bankruptcy of the above captioned matter, and she does hereby move unto this Honorable Court for entry of an Order directing MICHAEL MCVAY to submit to a Rule 2004 Examination for the purpose of producing the documents described in attached Exhibit A.

WHEREFORE, Movant prays that an Order be entered compelling his attendance for examination in the manner provided by Rule 9016 for attendance of witnesses at a trial or hearing, which meeting may be recorded either by court reporter or voice recorder, at the discretion of the Trustee.

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U. S. Mail on the following: **CYNTHIA P. BURNETTE, Ass't U.S. Trustee**, **MICHAEL MCVAY,** 11104 Sparkleberry Drive, Fort Myers, FL 33913, and **DAVID LAMPLEY,** 1436 Royal Palm Square Boulevard, Fort Myers, FL 33919, on this July 23, 2009.

    PAVESE LAW FIRM
    Attorneys for Trustee
    Post Office Drawer 1507
    Fort Myers, Florida 33902
    (239) 336-6263
    (239) 332-2243 - fax


    By: /s/Diane L. Jensen
        Diane L. Jensen
        Florida Bar #:153607

F:\WPDATA\SUE\WORDDOCS\2004\McVay.Michael.doc

## **EXHIBIT A**

1. Date-of-filing bank statements for Fifth Third Bank account number ending 3185.

2. The actually filed 2007 tax return.

3. The 2008 tax return.

4. Loan documents executed by the Debtor with respect to the loans at Fifth Third Bank.

5. Bank account statements for McVay Family Limited Partnership since the date of filing, namely March 10, 2009 through this date.

6. Information as to the status of the jointly owned real estate located at 2610 Michigan Avenue and 2755 Providence Avenue.