B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Michael McVay** _____,    Case No.   **9:09-bk-04294** _____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,988,985.00 | | |
| B - Personal Property | Yes | 4 | 1,122,389.12 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 8,744,589.71 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 314,879.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,660.00 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 4,111,374.12 | | |
| Total Liabilities | | | | 9,059,469.37 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re     **Michael McVay**
                                                                    ,
                                          Debtor

Case No.     **9:09-bk-04294**

Chapter                              **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6F (Official Form 6F) (12/07)

In re __Michael McVay_____,  Case No. ___9:09-bk-04294_____
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | checking account overdraft | | | | |
| 5th 3rd Bk 38 Fountain Sq Pl Cincinnati, OH 45202 | | - | | | | X | X | X | 1,100.00 |
| Account No. | | | | | | | | | |
| Alan & Susan Weingarden 5716 Newport Dr Edina, MN 55436 | | - | | | | X | X | X | Unknown |
| Account No. xxxxxxxxxxxx1633 | | | | | Opened 12/06/97 Last Active 1/29/09 CreditCard | | | | |
| Amex P.O. Box 981537 El Paso, TX 79998 | | - | | | | X | X | X | 21,066.00 |
| Account No. xxxxxxxxxxxx3073 | | | | | Opened 7/17/97 Last Active 2/01/09 CreditCard | | | | |
| Amex P.O. Box 981537 El Paso, TX 79998 | | - | | | | X | X | X | 19.00 |

__27__ continuation sheets attached

Subtotal
(Total of this page)        22,185.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     S/N:23709-090714   Best Case Bankruptcy

In re  **Michael McVay**                                                  ,  Case No.  **9:09-bk-04294**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Amy Schwietz& Kirk G Johnson** **4671 Empress Dr N** **Hugo, MN 55038** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Anthony & Deborah Migliore** **11250 Longwater Chase Court** **North Fort Myers, FL 33903** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Anthony & Katherine Clinch** **3717 Fairway Point** **Woodbury, MN 55125** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Ashton Bancshares Inc** **241 Cleveland Ave S** **c/o TJ Sexton** **Saint Paul, MN 55105** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Ashton State Bank Agency Inc** **241 Cleveland Ave S** **c/o TJ Sexton** **Saint Paul, MN 55105** | - | | | X | X | X | Unknown |

Sheet no. __1__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __Michael McVay__ , Case No. __9:09-bk-04294__

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Blake Elmquist 3721 Fairway Point Woodbury, MN 55125 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Brian & Joy O McVay 2748 Bradfordt Drive West Melbourne, FL 32904 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Britt Bancshares Inc 241 cleveland Ave S c/o TJ Sexton Saint Paul, MN 55105 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Cameron Murray 21596 Berwich Run Estero, FL 33928 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Carl S Bleyl 7964 Pinehurst Rd Saint Paul, MN 55125 | - | | | | X | X | X | Unknown |

Sheet no. __2__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael McVay**                                          Case No.   **9:09-bk-04294**
                          Debtor                                        ,

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Chad B & Kristen J Johnson** **8123 Enclave Rd** **Woodbury, MN 55125** | - | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | Alternative Investments | | | | | | | |
| **Charles Schwab & Co** **211 Main St** **San Francisco, CA 94105** | - | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Christopher J Knoedler Sr MD** **9 Blue Jay Lane** **North Oaks, MN 55127** | - | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Clara & Terrence T Terrana** **576 Boulder Drive** **Sanibel, FL 33957** | - | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Colonial Bank** **856 3rd Avenue South** **Naples, FL 34102** | - | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __3__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Michael McVay**                                                    , Case No.    **9:09-bk-04294**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | judgment | | | | |
| Craig & Deona Nester 4 High Point Road White Bear Lake, MN 55110 | - | | | X | X | X | 200,000.00 |
| Account No. | | | | | | | |
| Daniel J May 8 Apple Orchard Ct Dellwood, MN 55110 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Daniel W Anderson 423 River St Minneapolis, MN 55401 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| David & Betty Nipper 830 Deep Lagoon Lane Fort Myers, FL 33919 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| David A & Jennifer H Hoeffel 3555 Crestmoor Ter Woodbury, MN 55125 | - | | | X | X | X | Unknown |

Sheet no. __4__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                200,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Michael McVay**                            ,    Case No.   **9:09-bk-04294**

                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **David M & Judith R Frosch** <br> **10285 Grand Valley Lane** <br> **Woodbury, MN 55129** | - | | | X | X | X | Unknown |
| Account No. <br><br> **David Migliore** <br> **1571 Paul le Comte Court** <br> **Palatine, IL 60027** | - | | | X | X | X | Unknown |
| Account No. <br><br> **Debbie Johnson** <br> **12364 87th Ave N** <br> **Maple Grove, MN 55369** | - | | | X | X | X | Unknown |
| Account No. <br><br> **Dennis A Vollmer** <br> **5520 Lakeshore Road** <br> **Fort Gratiot, MI 48059** | - | | | X | X | X | Unknown |
| Account No. <br><br> **Donald E Glesmann** <br> **731 Austin Court** <br> **Marco Island, FL 34145** | - | | | X | X | X | Unknown |

Sheet no. **5** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal           
(Total of this page)     **0.00**

In re __Michael McVay__ , Case No. __9:09-bk-04294__

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dr Jack Bert**<br>**2800 N Central Ave**<br>**Suite 900**<br>**Phoenix, AZ 85004** | - | | **AST Trust as Trustee Summit Orthopedic 401k plan fbo** | X | X | X | **Unknown** |
| Account No.<br><br>**Edward EL Mitchell Trust**<br>**6707 Daniel Court**<br>**Fort Myers, FL 33908** | - | | | X | X | X | **Unknown** |
| Account No.<br><br>**Equity Trust Company** | - | | | X | X | X | **Unknown** |
| Account No.<br><br>**Eric A & Catherine A Steffen**<br>**2439 Sunrise Dr**<br>**Little Canada, MN 55117** | - | | | X | X | X | **Unknown** |
| Account No.<br><br>**Eric Edwin Hiller**<br>**7590 Fountain Court North**<br>**Maple Grove, MN 55311** | - | | | X | X | X | **Unknown** |

Sheet no. __6__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Michael McVay**                                              ,     Case No.   **9:09-bk-04294**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **First National Bank of Bemidji PO Box 670 Bemidji, MN 56619-0670** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Four J Partnership Attn: Gerald Sommers PO Box 5919 Buffalo Grove, IL 60089** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **George & Nancy Shiarella 14821 Jonathan Harbor Drive Fort Myers, FL 33908** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Gil Faccio 990 Boulevard of the Arts Sarasota, FL 34236** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Gloria McVay 383 Pleasant Hill Drive Winona, MN 55987** | - | | | X | X | X | **Unknown** |

Sheet no. __7__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Michael McVay**                                         ,    Case No.   **9:09-bk-04294**

                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gordon J Bailey Trustee**<br>**1033 Century Ave**<br>**Newport, MN 55055** | - | | **Gordon J Bailey Trustee revocable trust agreement of Gordon J Bailey dated November 8 1994** | X | X | X | Unknown |
| Account No.<br><br>**Grant Fridkin Pearson Athan**<br>**5551 Ridgewood Dr**<br>**Suite 501**<br>**Naples, FL 34108** | - | | | X | X | X | Unknown |
| Account No.<br><br>**Guy & Jennifer Joecks**<br>**801 Ramsey Ave**<br>**Carver, MN 55315** | - | | | X | X | X | Unknown |
| Account No.<br><br>**Ivar L Peterson**<br>**12140 Juniper St NW**<br>**Minneapolis, MN 55448** | - | | | X | X | X | Unknown |
| Account No.<br><br>**Jaimie Migliore**<br>**1575 Paul le Comte Court**<br>**Palatine, IL 60027** | - | | | X | X | X | Unknown |

Sheet no. __8__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            **0.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re   **Michael McVay**                                            ,   Case No.   **9:09-bk-04294**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **James & Joyce Jagodzinski** **336 Chancery Circle** **Naples, FL 34110** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **James C Tompson Jr** **11160 Anderson Lakes Pky** **#307** **Eden Prairie, MN 55344** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **James L Putt** **28861 Cavell Terrace** **Naples, FL 34119** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **James Pilkington** **3172 Jaguar Lane** **Green Bay, WI 54313** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **James S Allen** **2 Ironwood Lane** **White Bear Lake, MN 55127** | - | | | X | X | X | **Unknown** |

Sheet no. __**9**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Michael McVay**                                              ,   Case No. ___**9:09-bk-04294**___
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jerome J & Eileen J Pechmann 1171 Sothview Dr Hastings, MN 55033 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Jill M Betz 3877 Fairway Drive Woodbury, MN 55125 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| John & Anna Miles 27810 Riverwalk Way Bonita Springs, FL 34134 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Jon & Kristen Nielsen 3245 Carman Rd Excelsior, MN 55331 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Jonathan E & Jennifer Blood 2616 North Saunders Lake Dr Minnetrista, MN 55364 | - | | | X | X | X | Unknown |

Sheet no. __**10**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael McVay**                                          ,        Case No. ___**9:09-bk-04294**___
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Jonathan H Bieble & Laura L Berstein Bieble JTWROS | | | | |
| Jonathan H & Laura L  Bieble 74 Otis Ave Saint Paul, MN 55104 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jonathan Harbor Associates 14621 Jonathan Harbour Drive Fort Myers, FL 33908 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Joseph & Kelly Jagodzinski 3038 Fairway Circle Chaska, MN 55318 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Joseph W Dziedzic 33 North 4th Ave #102 Minneapolis, MN 55401 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Karen & Jack A Drogt 2197 S Shore Blvd White Bear Lake, MN 55110 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __**11**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re     **Michael McVay**                                                                                    ,    Case No.    **9:09-bk-04294**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Karen M Dziedzic 514 3rd Ave NE Minneapolis, MN 55413 | - | | | | | X | X | X | Unknown |
| Account No. **x3331** | | | | | | | | | |
| Katz Barron Squitero Faust 100 NE Third Avenue Suite 280 Fort Lauderdale, FL 33301-1176 | - | | | | | X | X | X | 41,000.00 |
| Account No. | | | | | | | | | |
| Keith T Sheldon 22210 Banyan Hideway Drive Bonita Springs, FL 34135 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| Kenneth H Brockman 10282 Bleeker St Woodbury, MN 55129 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| Kristoffer M Breien 8959 Springwood Dr Woodbury, MN 55125 | - | | | | | X | X | X | Unknown |

Sheet no. __12__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **41,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael McVay_____,    Case No. ___9:09-bk-04294_____

                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kyle R & Beth J Edlund** <br> **3893 Fairway Dr** <br> **Saint Paul, MN 55125** | - | | | X | X | X | <br><br><br><br>**Unknown** |
| Account No. <br><br> **Larry Stern** <br> **10855 D Falling Water Lane** <br> **Woodbury, MN 55129** | - | | | X | X | X | <br><br><br><br>**Unknown** |
| Account No. <br><br> **Lawrence & Annette Garafola** <br> **161 South Beach Drive** <br> **Marco Island, FL 34145** | - | | | X | X | X | <br><br><br><br>**Unknown** |
| Account No. <br><br> **Lawrence & Sharon Bauer** <br> **18010 Villa del Rio Drive** <br> **Alva, FL 33920** | - | | | X | X | X | <br><br><br><br>**Unknown** |
| Account No. xxxxxxxxxxxxx0201 <br><br> **Lee County Tax Collector** <br> **PO Box 1609** <br> **Fort Myers, FL 33902-1609** | - | 2008 | | X | X | X | <br><br><br><br>**5,233.09** |

Sheet no. __13__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,233.09**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Michael McVay**                      ,      Case No.   **9:09-bk-04294**
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx0000** | | | | **2008** | | | | |
| **Lee County Tax Collector**<br>**PO Box 1609**<br>**Fort Myers, FL 33902-1609** | - | | | | X | X | X | **34,060.57** |
| Account No. | | | | | | | | |
| **Linda C Tsai**<br>**4822 Countryside Dr**<br>**Saint Paul, MN 55126** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **LJ Noling Irrevocable Trust**<br>**PO Box 810**<br>**Leland, MI 49654** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **MAJ Company**<br>**241 Cleveland Ave S**<br>**c/o TJ Sexton**<br>**Saint Paul, MN 55105** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Marcia L Daly**<br>**4214 Sanctuary Way**<br>**Bonita Springs, FL 34134** | - | | | | X | X | X | **Unknown** |
| Sheet no. __14__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | | **34,060.57** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re **Michael McVay** , Case No. **9:09-bk-04294**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mark E Holm 185 Evergreen Rd North Oaks, MN 55127 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Metron Surveying & Mapping 10970 S Cleveland Ave Fort Myers, FL 33907 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Michael C &Kathy A Holmstadt 5016 Enchanted Rd Mound, MN 55364 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Michael D Brocker 3725 Fairway Pt Saint Paul, MN 55125 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Michael Fleischhacker 8010 Somerset Road Woodbury, MN 55125 | - | | | | X | X | X | Unknown |

Sheet no. **15** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

8/12/09 5:26PM

In re __Michael McVay__ _____,   Case No. ___9:09-bk-04294_____
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Michael G & Randi J Bailey 10447 Kilbirnie Road Saint Paul, MN 55129 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Michael McVay 11104 Sparkleberry Dr Fort Myers, FL 33913 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Michael R & Kim M Warner 14351 Garden Way N Hugo, MN 55038 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mineral Properties Corp 14621 Jonathan Harbour Drive Fort Myers, FL 33908 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Olin Cranfill 363 North Hiddenbrooke Drive Advance, NC 27006 | - | | | | X | X | X | Unknown |

Sheet no. __16__ of __27__ sheets attached to Schedule of                          Subtotal                     0.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Michael McVay**                                         ,        Case No.    **9:09-bk-04294**
_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Orion Bank**<br>**2180 Immokalee Road**<br>**Suite**<br>**Naples, FL 34110** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Pamela Jane VanHook**<br>**28861 Carvell Terrace**<br>**Naples, FL 34119** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Pamela S & Daniel P Hoeffel**<br>**3715 Fairway Point**<br>**Woodbury, MN 55125** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Patrick H & Kelley O'Neill**<br>**965 Spring Hill Dr**<br>**Woodbury, MN 55125** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Patrick T & Mary S Pariseau**<br>**432 Horseshoe Dr**<br>**Shoreview, MN 55126** | - | | | X | X | X | **Unknown** |

Sheet no. __**17**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __Michael McVay__ , Case No. __9:09-bk-04294__
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Paul D Melby 14825 Ironwood Ct Eden Prairie, MN 55346 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Paul D Plagemen Sr 61 Cypress Point Drive Naples, FL 34105 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Paul Nipper 3856 East Parkview Drive Salt Lake City, UT 84124 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Paul Yellin 1726 Trail Rd Mendota Heights, MN 55118 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Penny Destache 633 Fairmount Ave Saint Paul, MN 55105 | - | | | X | X | X | Unknown |

Sheet no. __18__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __Michael McVay__ , Case No. __9:09-bk-04294__
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | FBO | | | | | | |
| Pershing LLC as Custodian One Pershing Plaza Limited Partnerships 7th Fl Jersey City, NJ 07399 | - | | | | X | X | X | Unknown |
| Account No. | | fbo IRA | | | | | | |
| Pershing LLC as Custodian One Pershing Plaza Limited Partnerships 7th Fl Jersey City, NJ 07399 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Peter M & Kathy M Parten 439 Woodlawn Ave Saint Paul, MN 55105 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Phillip T & Susan M Sheridan 2103 Wallingford Ln Woodbury, MN 55125 | - | | | | X | X | X | Unknown |
| Account No. xxxxxx0284 | | | | | | | | |
| Public Storage 15075 Foliage Avenue Apple Valley, MN 55124-5915 | - | | | | X | X | X | 325.00 |

Sheet no. __19__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   325.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Michael McVay**                                                  ,        Case No. __**9:09-bk-04294**__
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ramey Florida LLC**<br>**15919 Rosetto Way**<br>**Naples, FL 34110** | - | | | X | X | X | Unknown |
| Account No.<br><br>**Randy & Laurie Heintz**<br>**5771 Harborage Drive**<br>**Fort Myers, FL 33908** | - | | | X | X | X | Unknown |
| Account No.<br><br>**Readlyn Bancshares Inc**<br>**241 Cleveland Ave South**<br>**c/o TJ Sexton**<br>**Saint Paul, MN 55105** | - | | | X | X | X | 0.00 |
| Account No.<br><br>**Richard & Calleen Berndt**<br>**2250 Quarton Road**<br>**Bloomfield Hills, MI 48304** | - | | | X | X | X | Unknown |
| Account No.<br><br>**Rita W & Joseph J Pechmann**<br>**2704 Windsor Lane**<br>**Saint Paul, MN 55125** | - | | | X | X | X | Unknown |

Sheet no. __**20**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re  **Michael McVay**                                                          , Case No.    **9:09-bk-04294**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Robert & Ann Kelly Gaertner** **4 Evergreen Ct** **North Oaks, MN 55127** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Roger & Carol Robertson** **20076 Sarceno Drive** **Estero, FL 33928** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Santorini Development** **Nick J Zieser, Manager** **270 St Paul Street** **No 300** **Denver, CO 80206** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Stephen & Cynthia Flood** **8231 Bay Colony Drive** **Unit 602** **Naples, FL 34108** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Stephen A McCue** **6 Sunfish Lane** **Sunfish Lake, MN 55118** | - | | | | X | X | X | **Unknown** |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Michael McVay**                                                          , Case No. __**9:09-bk-04294**__
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Stephen Dziedzic 2346 Stinson Pkwy Minneapolis, MN 55418** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Steve Hunt 15830 Triple Crown Court Fort Myers, FL 33912** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Steve Sims 9949 Puopolo Lane Bonita Springs, FL 34135** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Steven Trobiani MD 8456 Zanaibar Ln N Maple Grove, MN 55311** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **SW FL Oral Surgery 9904 Bellagio Court Fort Myers, FL 33913** | - | | | X | X | X | Unknown |

Sheet no. __22__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

In re   **Michael McVay**                                                          ,          Case No.   __**9:09-bk-04294**__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Teresa A Condon 1559 Regatta Dr Woodbury, MN 55125 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Terry L Kirch 986 Timberlee Court Naperville, IL 60540 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Thomas & Charmaine Whiting 1440 Wyndham Drive York, PA 17403 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Thomas J Stormont 1023 N Broadway Stillwater, MN 55082 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Thomas Welle 226 Juniper Lane Bemidji, MN 56601 | - | | | | X | X | X | Unknown |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re __Michael McVay__ , Case No. __9:09-bk-04294__
                                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No.<br><br>**Timothy A Thone**<br>**2242 Cottage Grove Dr**<br>**Saint Paul, MN 55129** | - | | | | | | X | X | X | Unknown |
| Account No.<br><br>**TJMT Partnership**<br>**241 Cleveland Ave S**<br>**c/o TJ Sexton**<br>**Saint Paul, MN 55105** | - | | | | | | X | X | X | Unknown |
| Account No.<br><br>**Todd D Brandt**<br>**1319 Rivercrest N**<br>**Lakeland, MN 55043** | - | | | | | | X | X | X | Unknown |
| Account No.<br><br>**Tripoli Bancshares Inc**<br>**241 Cleveland Ave S**<br>**c/o TJ Sexton**<br>**Saint Paul, MN 55105** | - | | | | | | X | X | X | Unknown |
| Account No.<br><br>**UBS Financial Services CDN**<br>**444 Cedar St Ste 2200**<br>**Saint Paul, MN 55101** | - | FBO David J Betz IRA | | | | | X | X | X | Unknown |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael McVay**                                          ,     Case No.   **9:09-bk-04294**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxx0358** <br><br> **US Bank** <br> **PO Box 108** <br> **Saint Louis, MO 63166-9801** | - | | | | **Opened 3/01/00 Last Active 1/29/09 CreditCard** | X | X | X | **12,076.00** |
| Account No. <br><br> **USB Financial Services CDN** <br> **444 Cedar St Ste 2200** <br> **Saint Paul, MN 55101** | - | | | | FBO | X | X | X | **Unknown** |
| Account No. <br><br> **Vifian Family Living Trust** <br> **23896 Sanctuary Lakes Court** <br> **Bonita Springs, FL 34134** | - | | | | | X | X | X | **Unknown** |
| Account No. <br><br> **Vijay R Eyunni** <br> **2362 Fieldstone Ct** <br> **Saint Paul, MN 55120** | - | | | | | X | X | X | **Unknown** |
| Account No. <br><br> **W Dexter Bender & Associates** <br> **4470 Camino Real Way** <br> **Suite 101** <br> **Fort Myers, FL 33966** | - | | | | | X | X | X | **Unknown** |

Sheet no.  **25**  of  **27**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **12,076.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Michael McVay**
,
Debtor

Case No. **9:09-bk-04294**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **W-Five LLC** **27 Chesterwoods Drive** **Chester, NJ 07930** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Walter P & Patricia Dziedzic** **2727 Cleveland St NE** **Minneapolis, MN 55418** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Wayne C Swenson** **4690 Baycliffe Dr** **Excelsior, MN 55331** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Wells Fargo Financial** **PO Box 5943** **Sioux Falls, SD 57117-5943** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Westshore Bonita Development** **PO Box 188** **Bonita Springs, FL 34135** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. **26** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __**Michael McVay**_____,                    Case No. __**9:09-bk-04294**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **William G Cowles Jr**<br>**604 Baneberry Ct**<br>**Suite 1**<br>**Northfield, MN 55057** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **William H White Living Trust**<br>**41199 Coventry**<br>**Novi, MI 48375** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**27**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Total
(Report on Summary of Schedules)                    **314,879.66**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Michael McVay**                                        Case No.  **9:09-bk-04294**

                                       Debtor(s)                                        Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __46__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 12, 2009**                Signature  **/s/ Michael McVay**

                                                           **Michael McVay**
                                                         Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Michael McVay**                       Case No.    **9:09-bk-04294**

                                Debtor(s)            Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **August 12, 2009**                  **/s/ Michael McVay**

                                           **Michael McVay**
                                           Signature of Debtor